Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE CO.<br><br>Plaintiff(s),<br><br>v.<br><br>ASTEC INDUSTRIES, INC.<br><br>Defendant(s). | Case No: 13-cv-2666 MEJ<br><br>**APPLICATION FOR**<br>**ADMISSION OF ATTORNEY**<br>**PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Anthony A. Jackson, an active member in good standing of the bar of Tennessee, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Astec Industries, Inc. in the above-entitled action. My local co-counsel in this case is Richard E. Robinson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Chambliss, Bahner & Stophel, 605 Chestnut, Ste. 1700, Liberty Tower, Chattanooga, TN 37450 | Farella Braun + Martel LLP<br>235 Montgomery St., 17th Floor<br>San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (423) 756-3000 | (415) 954-4400 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| bjackson@cbslawfirm.com | rrobinson@fbm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 014364.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 06/18/13

Anthony A. Jackson
APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Anthony A. Jackson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 18, 2013

~~UNITED STATES~~ MAGISTRATE JUDGE
Judge Maria-Elena James

PRO HAC VICE APPLICATION & ORDER                                          October 2012