Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FEDERAL INSURANCE CO.

Plaintiff(s),

v.

ASTEC INDUSTRIES, INC.

Defendant(s).

Case No: 13-cv-2666 MEJ

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Yousef A. Hamadeh, an active member in good standing of the bar of Tennessee, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Astec Industries, Inc. in the above-entitled action. My local co-counsel in this case is Richard E. Robinson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| Chambliss, Bahner & Stophel, 605 Chestnut, Ste. 1700, Liberty Tower, Chattanooga, TN 37450 | Farella Braun + Martel LLP<br>235 Montgomery St., 17th Floor<br>San Francisco, CA 94104 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (423) 756-3000 | (415) 954-4400 |
| My email address of record: | Local co-counsel's email address of record: |
| yhamadeh@cbslawfirm.com | rrobinson@fbm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 025425.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/18/13

Yousef A. Hamadeh
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Yousef A. Hamadeh is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 18, 2013

~~UNITED STATES DISTRICT JUDGE~~ / MAGISTRATE JUDGE
Judge Maria-Elena James