UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

...............................................................x :
:
FEDERAL INSURANCE COMPANY, :
: Case No. 13-cv-2666-MEJ
                Plaintiff, :
- against - : [PROPOSED] **ORDER ON**
: **MOTION TO APPEAR BY**
ASTEC INDUSTRIES, INC. AND DOES 1 : **TELEPHONE FOR INITIAL**
THROUGH 20, : **CASE MANAGEMENT**
                Defendants. : **CONFERENCE**
:
...............................................................x :

    In accordance with Local Rule 16-10(a), Defendant Astec, Industries, Inc.'s Motion to Appear by Telephone at the September 12, 2013 Initial Case Management Conference is GRANTED.

    Counsel for Astec Industries, Inc. will be contacted at 423-757-0203 on September 12, 2013 to attend the Initial Case Management Conference.

IT IS SO ORDERED.

Dated:  JULY 9, 2013

                              UNITED STATES MAGISTRATE JUDGE MARIA-ELENA JAMES

CHAMBLISS, BAHNER & STOPHEL, P.C.
LIBERTY TOWER
605 CHESTNUT ST., STE. 1700
CHATTANOOGA
TENNESSEE 37450

1

**[PROPOSED] ORDER ON MOTION TO APPEAR BY TELEPHONE FOR**    **Case No. 13-cv-2666-MEJ**
**INITIAL CASE MANAGEMENT CONFERENCE**

14800_00/1302/KET-1661233_1